# EXHIBIT 4 –

Emails with false or misleading IP address

# Summary of Evidence

# Emails without reverse domain PTR records (rDNS)

*962 messages*

| | | | | | |
|---|---|---|---|---|---|
| 4858801 | 4869696 | 4875055 | 4875058 | 4875084 | 4875097 |
| 4875106 | 4875163 | 4875200 | 4875228 | 4875236 | 4875277 |
| 4875278 | 4875286 | 4875294 | 4875327 | 4875332 | 4875344 |
| 4875366 | 4875370 | 4875371 | 4875407 | 4875446 | 4875475 |
| 4875523 | 4875537 | 4875600 | 4875612 | 4875616 | 4875646 |
| 4875705 | 4875720 | 4875768 | 4875777 | 4875779 | 4875783 |
| 4875805 | 4875825 | 4875833 | 4875840 | 4875848 | 4875875 |
| 4875908 | 4875962 | 4875976 | 4875995 | 4876016 | 4876055 |
| 4876069 | 4876077 | 4876095 | 4876101 | 4876127 | 4876145 |
| 4876160 | 4876163 | 4876165 | 4876402 | 4876405 | 4876406 |
| 4876410 | 4876428 | 4876447 | 4876448 | 4876452 | 4876453 |
| 4876455 | 4876461 | 4876465 | 4876467 | 4876472 | 4876545 |
| 4876665 | 4876686 | 4876700 | 4876720 | 4876722 | 4876725 |
| 4876726 | 4876734 | 4876735 | 4876738 | 4876749 | 4876754 |
| 4876758 | 4876761 | 4876764 | 4876843 | 4877186 | 4877242 |
| 4877515 | 4877518 | 4877569 | 4877733 | 4877905 | 4877916 |
| 4881045 | 4882439 | 4883522 | 4883559 | 4883569 | 4883582 |
| 4883603 | 4883608 | 4883656 | 4883660 | 4883688 | 4883691 |
| 4883693 | 4883698 | 4883700 | 4883706 | 4883710 | 4883713 |
| 4883719 | 4883721 | 4883725 | 4883729 | 4883746 | 4883748 |
| 4883759 | 4883775 | 4883780 | 4883787 | 4883798 | 4883807 |
| 4883813 | 4883842 | 4883846 | 4883848 | 4883852 | 4883856 |
| 4883874 | 4883921 | 4883928 | 4883942 | 4884001 | 4884005 |
| 4884012 | 4884017 | 4884020 | 4884027 | 4884029 | 4884088 |
| 4884112 | 4899525 | 4899795 | 4899814 | 4899843 | 4899879 |
| 4899881 | 4899887 | 4899891 | 4899898 | 4899901 | 4899903 |
| 4899911 | 4899917 | 4899923 | 4899976 | 4899978 | 4899979 |
| 4899986 | 4899993 | 4900018 | 4900021 | 4900039 | 4900046 |
| 4900051 | 4900052 | 4900078 | 4900089 | 4900098 | 4900107 |
| 4900115 | 4900133 | 4900134 | 4900137 | 4900138 | 4900141 |
| 4900143 | 4900168 | 4900175 | 4900225 | 4900290 | 4900323 |
| 4900332 | 4900336 | 4900337 | 4900368 | 4900380 | 4900382 |
| 4900385 | 4900388 | 4900434 | 4900440 | 4900462 | 4900468 |
| 4900539 | 4900553 | 4900564 | 4900574 | 4900602 | 4900619 |
| 4900622 | 4900639 | 4900640 | 4900652 | 4900665 | 4900668 |
| 4900672 | 4900687 | 4900691 | 4900699 | 4900703 | 4900716 |
| 4900717 | 4900721 | 4900724 | 4900741 | 4900753 | 4900763 |
| 4900772 | 4900800 | 4900811 | 4900817 | 4900841 | 4900851 |
| 4900863 | 4900890 | 4900893 | 4900914 | 4900945 | 4900954 |
| 4900961 | 4900985 | 4901033 | 4901062 | 4901071 | 4901078 |

| | | | | | |
|---|---|---|---|---|---|
| 4901080 | 4901082 | 4901089 | 4901090 | 4901092 | 4901098 |
| 4901118 | 4901124 | 4901126 | 4901138 | 4901146 | 4901185 |
| 4901195 | 4901219 | 4901239 | 4901241 | 4901249 | 4901254 |
| 4901327 | 4901351 | 4901704 | 4901776 | 4902002 | 4902478 |
| 4903731 | 4906846 | 4907411 | 4907431 | 4907443 | 4907512 |
| 4907613 | 4907615 | 4907617 | 4907652 | 4907657 | 4907666 |
| 4907681 | 4907751 | 4907760 | 4907781 | 4907791 | 4907797 |
| 4907804 | 4907808 | 4907810 | 4907815 | 4907885 | 4907904 |
| 4907913 | 4907935 | 4907940 | 4907959 | 4908005 | 4908015 |
| 4908016 | 4908018 | 4908042 | 4908046 | 4908131 | 4908533 |
| 4910080 | 4911190 | 4911196 | 4911456 | 4911610 | 4911660 |
| 4913184 | 4913398 | 4913907 | 4915643 | 4920406 | 4923356 |
| 4925093 | 4944571 | 4952622 | 4955365 | 4955870 | 4956064 |
| 4956345 | 4956526 | 4958039 | 4958900 | 4960348 | 4963327 |
| 4968672 | 4969766 | 4970492 | 4971125 | 4972064 | 4972664 |
| 4973541 | 4973667 | 4973725 | 4973922 | 4974157 | 4975479 |
| 4977599 | 4978224 | 4979688 | 4980452 | 4983017 | 4983792 |
| 4985391 | 4986510 | 4988849 | 4989989 | 4992031 | 4992644 |
| 4994527 | 4999119 | 5003734 | 5007127 | 5008119 | 5008284 |
| 5008300 | 5008341 | 5008377 | 5008381 | 5008407 | 5008423 |
| 5008534 | 5008550 | 5008558 | 5008575 | 5008586 | 5008593 |
| 5008643 | 5008648 | 5008657 | 5008671 | 5008673 | 5008723 |
| 5008729 | 5008747 | 5008748 | 5008757 | 5008767 | 5008771 |
| 5008773 | 5008800 | 5008808 | 5008918 | 5008950 | 5009289 |
| 5009445 | 5014299 | 5015442 | 5017562 | 5017568 | 5017577 |
| 5017597 | 5017602 | 5017615 | 5017696 | 5017700 | 5017709 |
| 5017712 | 5017739 | 5017740 | 5017745 | 5017749 | 5017756 |
| 5017766 | 5017771 | 5017773 | 5017777 | 5017786 | 5017792 |
| 5017800 | 5017803 | 5017807 | 5017856 | 5017874 | 5017875 |
| 5017881 | 5017889 | 5017932 | 5017957 | 5018042 | 5018665 |
| 5019061 | 5024368 | 5047377 | 5047380 | 5047386 | 5047409 |
| 5047421 | 5047586 | 5047590 | 5047602 | 5047657 | 5047658 |
| 5047707 | 5047760 | 5047781 | 5047786 | 5047819 | 5047914 |
| 5048032 | 5048035 | 5048092 | 5048101 | 5048121 | 5048193 |
| 5048233 | 5048473 | 5048733 | 5048846 | 5051920 | 5056962 |
| 5057948 | 5058627 | 5061344 | 5064983 | 5065570 | 5068846 |
| 5078149 | 5078750 | 5093921 | 5093935 | 5093994 | 5094002 |
| 5094025 | 5094050 | 5094069 | 5094092 | 5094100 | 5094116 |
| 5094238 | 5094272 | 5094341 | 5094419 | 5094422 | 5094441 |
| 5094485 | 5094612 | 5094622 | 5094638 | 5094661 | 5094849 |
| 5095256 | 5095516 | 5095944 | 5104311 | 5106607 | 5116250 |
| 5116932 | 5118843 | 5119221 | 5119231 | 5119291 | 5119302 |
| 5119403 | 5119594 | 5119596 | 5119598 | 5119602 | 5119604 |
| 5119625 | 5119698 | 5119727 | 5119741 | 5119764 | 5119807 |

| | | | | | |
|---|---|---|---|---|---|
| 5119822 | 5120063 | 5120204 | 5120239 | 5120281 | 5120285 |
| 5120618 | 5120775 | 5120940 | 5121030 | 5124707 | 5124755 |
| 5124802 | 5124806 | 5124846 | 5125014 | 5125080 | 5125106 |
| 5125130 | 5125136 | 5125195 | 5125263 | 5125288 | 5125353 |
| 5125358 | 5125362 | 5125452 | 5125494 | 5125496 | 5125503 |
| 5125598 | 5125628 | 5125667 | 5125669 | 5125676 | 5125714 |
| 5125807 | 5125820 | 5125848 | 5125858 | 5126062 | 5126246 |
| 5126283 | 5126641 | 5126644 | 5126654 | 5131421 | 5139220 |
| 5139244 | 5139255 | 5139263 | 5139274 | 5139294 | 5139335 |
| 5139339 | 5139350 | 5139378 | 5139462 | 5139470 | 5139478 |
| 5139514 | 5139526 | 5139739 | 5139767 | 5139798 | 5139823 |
| 5139840 | 5139864 | 5139875 | 5139889 | 5139910 | 5139921 |
| 5139933 | 5139947 | 5139957 | 5139971 | 5139989 | 5140013 |
| 5140025 | 5140034 | 5140065 | 5140077 | 5140092 | 5140108 |
| 5140125 | 5140136 | 5140161 | 5140172 | 5140208 | 5140221 |
| 5140234 | 5140245 | 5140274 | 5140292 | 5140322 | 5140365 |
| 5140419 | 5140437 | 5140464 | 5140535 | 5140548 | 5141541 |
| 5146651 | 5152462 | 5169910 | 5179257 | 5180679 | 5181298 |
| 5192468 | 5199244 | 5213135 | 5217230 | 5223563 | 5230784 |
| 5231448 | 5237859 | 5238513 | 5242207 | 5247661 | 5288938 |
| 5290735 | 5290773 | 5300544 | 5300634 | 5300644 | 5300665 |
| 5300705 | 5300733 | 5300741 | 5300762 | 5300800 | 5300979 |
| 5300990 | 5300995 | 5300996 | 5301045 | 5301054 | 5301056 |
| 5301074 | 5301127 | 5301139 | 5301142 | 5301146 | 5301163 |
| 5301173 | 5301174 | 5301176 | 5301182 | 5301214 | 5301228 |
| 5301230 | 5301238 | 5301263 | 5301272 | 5301301 | 5301309 |
| 5301311 | 5301315 | 5301341 | 5301350 | 5301355 | 5301369 |
| 5301380 | 5301391 | 5301401 | 5301405 | 5301406 | 5301415 |
| 5301429 | 5301455 | 5301478 | 5301485 | 5301498 | 5301507 |
| 5301514 | 5301531 | 5301548 | 5301550 | 5301562 | 5301564 |
| 5301566 | 5301569 | 5301578 | 5301579 | 5301585 | 5301587 |
| 5301604 | 5301623 | 5301634 | 5301637 | 5301645 | 5301650 |
| 5301662 | 5301668 | 5301672 | 5301680 | 5301712 | 5301729 |
| 5301731 | 5301733 | 5301737 | 5301748 | 5301752 | 5301755 |
| 5301767 | 5301775 | 5301785 | 5301789 | 5301801 | 5301806 |
| 5301816 | 5301828 | 5301836 | 5301841 | 5301860 | 5301887 |
| 5301915 | 5301924 | 5301944 | 5302166 | 5302170 | 5302177 |
| 5302229 | 5302238 | 5302247 | 5302262 | 5302271 | 5302274 |
| 5302345 | 5302358 | 5302397 | 5302422 | 5302494 | 5302512 |
| 5302516 | 5302519 | 5302534 | 5302542 | 5302554 | 5302607 |
| 5302609 | 5302618 | 5302621 | 5302630 | 5302637 | 5302652 |
| 5302655 | 5302662 | 5302848 | 5302938 | 5302978 | 5303006 |
| 5303151 | 5303856 | 5304532 | 5305587 | 5305661 | 5318382 |
| 5322154 | 5336925 | 5337068 | 5337117 | 5337186 | 5337230 |

| | | | | | |
|---|---|---|---|---|---|
| 5337328 | 5337334 | 5337337 | 5337339 | 5337349 | 5337361 |
| 5337367 | 5337430 | 5337460 | 5337471 | 5337476 | 5337483 |
| 5337493 | 5337529 | 5337558 | 5337561 | 5337575 | 5337582 |
| 5337585 | 5337593 | 5337596 | 5337597 | 5337604 | 5337630 |
| 5337650 | 5337651 | 5337655 | 5337661 | 5337666 | 5337671 |
| 5337672 | 5337677 | 5337679 | 5337684 | 5337686 | 5337687 |
| 5337694 | 5337760 | 5337762 | 5337763 | 5337874 | 5337878 |
| 5337883 | 5337898 | 5337914 | 5337927 | 5337939 | 5337964 |
| 5337975 | 5337979 | 5338015 | 5338156 | 5338270 | 5338316 |
| 5338372 | 5338542 | 5338569 | 5338576 | 5338593 | 5338690 |
| 5338731 | 5338747 | 5338752 | 5338754 | 5338757 | 5338765 |
| 5338795 | 5338801 | 5338819 | 5338827 | 5338830 | 5338833 |
| 5338839 | 5338841 | 5338845 | 5338850 | 5338851 | 5338860 |
| 5338881 | 5338891 | 5338962 | 5338966 | 5338971 | 5339038 |
| 5339054 | 5339062 | 5339086 | 5339098 | 5339107 | 5339137 |
| 5339169 | 5339203 | 5339216 | 5339249 | 5339261 | 5339291 |
| 5339303 | 5339305 | 5339326 | 5339347 | 5339374 | 5339391 |
| 5339393 | 5339415 | 5339425 | 5339426 | 5339431 | 5339434 |
| 5339436 | 5339668 | 5339681 | 5339747 | 5339809 | 5339825 |
| 5339834 | 5339877 | 5339907 | 5339908 | 5340041 | 5340492 |
| 5344323 | 5357093 | 5359464 | 5359584 | 5359921 | 5362294 |
| 5365610 | 5381984 | 5382105 | 5384930 | 5386090 | 5388479 |
| 5388978 | 5391272 | 5391607 | 5394556 | 5394569 | 5399822 |
| 5406336 | 5413840 | 5419172 | 5431693 | 5433858 | 5455169 |
| 5456859 | 5463435 | 5464429 | 5468912 | 5470607 | 5471592 |
| 5481149 | 5496098 | 5517737 | 5564721 | 5567277 | 5570786 |
| 5575942 | 5579369 | 5606353 | 5616020 | 5650779 | 5660093 |
| 5670114 | 5672302 | 5675741 | 5680161 | 5694893 | 5702570 |
| 5722025 | 5784731 | 5842334 | 5857508 | 5869475 | 5899966 |
| 5961931 | 5964580 | 5965110 | 5965265 | 5966259 | 5966801 |
| 5968197 | 5969476 | 5969514 | 5971471 | 5976722 | 6052651 |
| 6068616 | 6077005 | 6085242 | 6148061 | 6148911 | 6160987 |
| 6161838 | 6211157 | | | | |

Case 2:15-cv-00420-DB   Document 4-4   Filed 06/12/15   Page 7 of 7