# EXHIBIT 20 –

## Email sender domain connection data

# Summary of Evidence

## Sender domain connection data compilation

**clckscienceva.com**

- no landing page
- immediate forward 302

**ambalit.co**

- does not resolve to IP / unreachable address

**apicalse.asia**

- does not resolve to IP / unreachable address

**axlimist.asia**

- does not resolve to IP / unreachable address

**djasants.asia**

- does not resolve to IP / unreachable address

**eatfod.co**

- does not resolve to IP / unreachable address

**highriverglobal.net**

- does not resolve to IP / unreachable address

**ionsynog.asia**

- does not resolve to IP / unreachable address

**jfrdksok.asia**

- does not resolve to IP / unreachable address

**jobturee.asia**

- does not resolve to IP / unreachable address

**pakeer.asia**

- does not resolve to IP / unreachable address

**phademb.asia**

- does not resolve to IP / unreachable address

**proteam.co**

- does not resolve to IP / unreachable address

**rchaver.asia**

- does not resolve to IP / unreachable address

**sakmkaskf.co**

- does not resolve to IP / unreachable address

**searich.asia**

- does not resolve to IP / unreachable address

**sphetiq.asia**

- does not resolve to IP / unreachable address

**squaing.asia**

- does not resolve to IP / unreachable address

**uppidis.asia**

- does not resolve to IP / unreachable address

**utroatif.asia**

• does not resolve to IP / unreachable address

**weakinal.asia**

• does not resolve to IP / unreachable address

**worbem.asia**

• does not resolve to IP / unreachable address

**elabs6.com**

• connected to domain
• landing page exists
• email marketing website

**addmyaudio.com**

• does not resolve to IP / unreachable address

**adesignplus.com**

• does not resolve to IP / unreachable address

**boxnew.com**

• does not resolve to IP / unreachable address

**casino-mondo.com**

• does not resolve to IP / unreachable address

**explorewithjacques.com**

• does not resolve to IP / unreachable address

**ezhomeshopvn.com**

• does not resolve to IP / unreachable address

**hughesnet4you.com**

• does not resolve to IP / unreachable address

**ifoneaustralia.com**

• does not resolve to IP / unreachable address

**invsment.com**

• does not resolve to IP / unreachable address

**literallyexpressed.com**

• does not resolve to IP / unreachable address

**livesyrian.com**

• does not resolve to IP / unreachable address

**mmsad.com**

• does not resolve to IP / unreachable address

**myweblogdiary.com**

• does not resolve to IP / unreachable address

**naimekaradag.com**

• does not resolve to IP / unreachable address

**onefinewoman.com**

• does not resolve to IP / unreachable address

**paisitasricas.com**

• does not resolve to IP / unreachable address

**prairiedaughter.com**

• does not resolve to IP / unreachable address

**quokkalearning.com**

• does not resolve to IP / unreachable address

**richanarang.com**

• does not resolve to IP / unreachable address

**toptanfermuar.com**

• does not resolve to IP / unreachable address

**ucuzfermuar.com**

• does not resolve to IP / unreachable address

**usdebthelpline.com**

• does not resolve to IP / unreachable address

**yeninevkarsan.com**

• does not resolve to IP / unreachable address

**youngmeister.com**

• does not resolve to IP / unreachable address

**alvoka.us**

• 404 page not found
• no landing page

**anadity.us**

• does not resolve to IP / unreachable address

**anight.us**

• does not resolve to IP / unreachable address

**apinew.us**

• does not resolve to IP / unreachable address

**aproof.us**

• does not resolve to IP / unreachable address

**authead.us**

• 404 page not found
• no landing page

**bedons.us**

• does not resolve to IP / unreachable address

**beelly.us**

• does not resolve to IP / unreachable address

**biligo.us**

• 404 page not found
• no landing page

**birthom.us**

• does not resolve to IP / unreachable address

**book-seed-whole.us**

• does not resolve to IP / unreachable address

**boxbard.us**

• 404 page not found
• no landing page

**boxtan.us**

• 404 page not found
• no landing page

**brited.us**

• does not resolve to IP / unreachable address

**cacode.us**

• 404 page not found
• no landing page

**chemoti.us**

• does not resolve to IP / unreachable address

**clucon.us**

• does not resolve to IP / unreachable address

**cpsock.us**

• does not resolve to IP / unreachable address

**ctiame.us**

• does not resolve to IP / unreachable address

**culars.us**

• does not resolve to IP / unreachable address

**cytoes.us**

• does not resolve to IP / unreachable address

**dimerg.us**

• 404 page not found
• no landing page

**duck-suggest-receive.us**

• does not resolve to IP / unreachable address

**dyneta.us**

• 404 page not found
• no landing page

**ecavas.us**

• does not resolve to IP / unreachable address

**effing.us**

• does not resolve to IP / unreachable address

**egabid.us**

• does not resolve to IP / unreachable address

**egirel.us**

• does not resolve to IP / unreachable address

**eption.us**

• does not resolve to IP / unreachable address

**exactua.us**

• 404 page not found
• no landing page

**exilem.us**

• does not resolve to IP / unreachable address

**figure-he-whether.us**

• does not resolve to IP / unreachable address

**floor-continue-melody.us**

• does not resolve to IP / unreachable address

**fuling.us**

• does not resolve to IP / unreachable address

**gangen.us**

• 404 page not found
• no landing page

**general-build-cloud.us**

• does not resolve to IP / unreachable address

**graxic.us**

• does not resolve to IP / unreachable address

**half-written-fair.us**

• does not resolve to IP / unreachable address

**hildant.us**

• does not resolve to IP / unreachable address

**hundra.us**

• does not resolve to IP / unreachable address

**huntst.us**

• 404 page not found
• no landing page

**hyamba.us**

• does not resolve to IP / unreachable address

**indeee.us**

• 404 page not found
• no landing page

**jobsimp.us**

• 404 page not found
• no landing page

**lifenma.us**

• 404 page not found
• no landing page

**liquid-plan-subject.us**

• does not resolve to IP / unreachable address

**markmo.us**

- 404 page not found
- no landing page

**mcananc.us**

- 404 page not found
- no landing page

**middle-would-late.us**

- does not resolve to IP / unreachable address

**milligh.us**

- 404 page not found
- no landing page

**mobiog.us**

- does not resolve to IP / unreachable address

**oil-favor-soldier.us**

- does not resolve to IP / unreachable address

**regalgo.us**

- 404 page not found
- no landing page

**restib.us**

- 404 page not found
- no landing page

**sawchma.us**

- 404 page not found
- no landing page

**sesalds.us**

- 404 page not found
- no landing page

**sonlea.us**

- 404 page not found
- no landing page

**stwing.us**

- 404 page not found
- no landing page

**techsti.us**

- 404 page not found
- no landing page

**telegui.us**

- 404 page not found
- no landing page

**2jdigital.com**

- connection refused / timeout

**adsalertsystems.us**

- does not resolve to IP / unreachable address

**all-newroofspecialshere.us**

• does not resolve to IP / unreachable address

**all-yournewlandscapinginfo.us**

• does not resolve to IP / unreachable address

**allgreatnew-roofinstalls.us**

• does not resolve to IP / unreachable address

**allnewfreshfruitspecials.us**

• no website

**allnewlandscaping-alertshere.us**

• does not resolve to IP / unreachable address

**allthelatest-roofingspecials.us**

• does not resolve to IP / unreachable address

**allthenew-roofspecials.rocks**

• does not resolve to IP / unreachable address

**alltheupdatednewcheatinginfo.us**

• no website

**allyour-newsecurityinfo.us**

• does not resolve to IP / unreachable address

**allyourbestnew-roofspecials.us**

• does not resolve to IP / unreachable address

**allyourlatestgardeningtips.us**

• does not resolve to IP / unreachable address

**allyournewcareeroptions.us**

• does not resolve to IP / unreachable address

**allyournewpizza-specials.us**

• does not resolve to IP / unreachable address

**allyourupdated-cheatingalerts.us**

• does not resolve to IP / unreachable address

**backyardhummingbirdsetup.us**

• no website

**bg-watchalert0111.us**

• does not resolve to IP / unreachable address

**bgpublic-datagroup.us**

• does not resolve to IP / unreachable address

**birdplaygroundsonlines.us**

• does not resolve to IP / unreachable address

**bullefly.eu**

• does not resolve to IP / unreachable address

**cheatingisbadb1.us**

• does not resolve to IP / unreachable address

**chhomenow1warranty.us**

• does not resolve to IP / unreachable address

**chhomewarrntyroof.us**

• connection refused / timeout

**chmhomedroofsl.us**

• does not resolve to IP / unreachable address

**choicehmwnews.us**

• does not resolve to IP / unreachable address

**chrmaderoofingdeals.us**

• does not resolve to IP / unreachable address

**chsmhomewrrnty.us**

• no website

**cscplanscore.us**

• does not resolve to IP / unreachable address

**exisnroofrepairs.us**

• does not resolve to IP / unreachable address

**find-outmoreaboutcheatinghere.us**

• does not resolve to IP / unreachable address

**findall-yournewcheatinginfo.us**

• does not resolve to IP / unreachable address

**findallyourbestnew-lawnspecials.us**

• does not resolve to IP / unreachable address

**findallyournewest-cheatinginfo.us**

• does not resolve to IP / unreachable address

**findouraboutcheatingnow.us**

• does not resolve to IP / unreachable address

**findout-iftheyarecheating.us**

• no website

**findoutabout-cheatingtoday.us**

• does not resolve to IP / unreachable address

**findoutaboutcheating-heretoday.us**

• does not resolve to IP / unreachable address

**findoutaboutcheating-now.us**

• does not resolve to IP / unreachable address

**findoutaboutcheating-today.us**

• does not resolve to IP / unreachable address

**findoutaboutsecurity-systems.us**

• does not resolve to IP / unreachable address

**findoutiftheyrecheating.us**

• does not resolve to IP / unreachable address

**findoutyourebeingcheatedon.us**

• no website

**findtheupdatecheating-info.us**

• does not resolve to IP / unreachable address

**findupdatedcheatinginfo.us**

• no landing page
• immediate forward 302

**findyourallnewhealthinfo.us**

• does not resolve to IP / unreachable address

**freshnewgardeningtips.us**

• does not resolve to IP / unreachable address

**get-yourrecentcheatinginfo.us**

• no website

**getallnew-roofingspecials.rocks**

• does not resolve to IP / unreachable address

**getallthebest-newcheatinginfo.us**

• does not resolve to IP / unreachable address

**getallthebestnew-roofspecials.us**

• does not resolve to IP / unreachable address

**getallthebestsecurity-alertstoday.us**

• does not resolve to IP / unreachable address

**getallthelatest-landscapingspecials.us**

• does not resolve to IP / unreachable address

**getallthelatest-roofinstalls.us**

• does not resolve to IP / unreachable address

**getallthenew-yardspecials.us**

• does not resolve to IP / unreachable address

**getallthenewest-roofingspecials.us**

• does not resolve to IP / unreachable address

**getalltheupdated-cheatingresults.us**

• does not resolve to IP / unreachable address

**getallupdatednew-securityinfo.us**

• does not resolve to IP / unreachable address

**getallyourlatest-cheatingalerts.us**

• does not resolve to IP / unreachable address

**getallyourlatestcheatingalerts.us**

• no website

**getallyournew-lawnspecials.us**

• does not resolve to IP / unreachable address

**getallyournewcheating-updates.us**

• does not resolve to IP / unreachable address

**getallyournewest-cheatingupdates.us**

• does not resolve to IP / unreachable address

**getgreatnewlawninfohere.us**

• no website

**getitgoing101.com**

• does not resolve to IP / unreachable address

**getnew-landscapingspecials.us**

• connection refused / timeout

**gettheallnew-cheatingupdates.us**

• does not resolve to IP / unreachable address

**getthebestnew-fruitspecials.us**

• does not resolve to IP / unreachable address

**getthelandscaping-alerts.us**

• does not resolve to IP / unreachable address

**getthelatest-franchiseinfo-here.us**

• does not resolve to IP / unreachable address

**gettheupdatednew-securitytips.us**

• does not resolve to IP / unreachable address

**getupdatedallnew-cheatinginfo.us**

• does not resolve to IP / unreachable address

**getyour-newroofspecials.us**

• does not resolve to IP / unreachable address

**getyourbestnewfruitspecials.us**

• does not resolve to IP / unreachable address

**getyourbestnewsecurityinfo.us**

• does not resolve to IP / unreachable address

**getyournewestlandscapinginfo.us**

• does not resolve to IP / unreachable address

**gitund.me.uk**

• does not resolve to IP / unreachable address

**grow-freshfruitathome.us**

• no website

**growfreshfruityourself.us**

• connection refused / timeout

**harplendersdirect.com**

• does not resolve to IP / unreachable address

**hrmschoicedeals.us**

• does not resolve to IP / unreachable address

**hrnscorereportings.rocks**

• does not resolve to IP / unreachable address

**install-anewroofnow.us**

• no website

**installyournew-rooftoday.us**

• no website

**landscaping-newspecials.us**

• no website

**learnaboutcheatingrighthere.us**

• does not resolve to IP / unreachable address

**learnmoreabout-cheatingnow.us**

• no website

**newhomesecuritysystemsone.us**

• does not resolve to IP / unreachable address

**onlinecheating-alertshere.us**

• no website

**onlinenewpizza-specials.us**

• connection refused / timeout

**pizzanewcouponsonline.rocks**

• does not resolve to IP / unreachable address

**roof-repairaslert.us**

• no website

**roofchrepairsnow.us**

• no website

**roofinstall-springspecials.us**

• no website

**rowhsa.eu**

• does not resolve to IP / unreachable address

**rtsthhnkreports.us**

• does not resolve to IP / unreachable address

**save-out.eu**

• does not resolve to IP / unreachable address

**searchforbfgfcheating.us**

• does not resolve to IP / unreachable address

**seeallthenewfruit-specialsnow.us**

• no website

**seeallyournew-cheatingalerts.us**

• does not resolve to IP / unreachable address

**seeallyournew-pizzaspecials.us**

• no website

**seeallyournewcheating-alerts.us**

• does not resolve to IP / unreachable address

**seeallyournewest-cheatingalertstoday.us**

• does not resolve to IP / unreachable address

**seeallyournewest-roofspecials.us**

• does not resolve to IP / unreachable address

**seeallyournewlawn-specials.us**

• does not resolve to IP / unreachable address

**seebetterroof3.us**

• does not resolve to IP / unreachable address

**seeiftheyare-cheatingnow.us**

• no website

**seemyscoreview.us**

• does not resolve to IP / unreachable address

**seethelatest-newcheatingalerts.us**

• does not resolve to IP / unreachable address

**seeyourall-newcheatingalerts.us**

• does not resolve to IP / unreachable address

**seeyourallnew-roofspecials.us**

• does not resolve to IP / unreachable address

**seeyourbestnewsecurityoptions.us**

• does not resolve to IP / unreachable address

**seeyournew-cheating-alertstoday.us**

• does not resolve to IP / unreachable address

**seeyournewcheating-infotoday.us**

• does not resolve to IP / unreachable address

**seeyournewest-cheatinginfonow.us**

• does not resolve to IP / unreachable address

**snsroofingspro.us**

• does not resolve to IP / unreachable address

**striketwelvefire.com**

• does not resolve to IP / unreachable address

**thebestnewfruitspecials.us**

• does not resolve to IP / unreachable address

**thebestnewlawnspecials.us**

• does not resolve to IP / unreachable address

**truthservicenation.com**

• does not resolve to IP / unreachable address

**virginsobe.com**

• does not resolve to IP / unreachable address

**vldeve.me.uk**

• does not resolve to IP / unreachable address

**voobam.com**

• does not resolve to IP / unreachable address

**wwwnewegg.co**

• does not resolve to IP / unreachable address

**yagoo.co**

• does not resolve to IP / unreachable address

**yarbackyardbirds.us**

• no website

**your-newcheatingalertshere.us**

• does not resolve to IP / unreachable address

**yourall-newlandscapingalerts.us**

• no website

**yourallnewlawntipshere.us**

• does not resolve to IP / unreachable address

**yourallnewplaceto-meet.us**

• does not resolve to IP / unreachable address

**yourallnewroofing-specials.us**

• does not resolve to IP / unreachable address

**yourbestnew-fruitspecialshere.us**

• does not resolve to IP / unreachable address

**yourbestnewfruit-specials.us**

• does not resolve to IP / unreachable address

**yourbestnewlandscaping-specials.us**

• does not resolve to IP / unreachable address

**yourbestnewlawn-specialshere.us**

• no website

**yourfreshfruit-growinginfo.us**

• no website

**yournewestcheating-alertstoday.us**

• does not resolve to IP / unreachable address

**yournewlandscapingspecials.us**

• does not resolve to IP / unreachable address

**yournewupdated-cheatinginfo.us**

• does not resolve to IP / unreachable address

**china-dates.com**

• no landing page
• immediate forward 302

**aborin.info**

• does not resolve to IP / unreachable address

**abotani.info**

• does not resolve to IP / unreachable address

**accur.info**

• does not resolve to IP / unreachable address

**actorah.info**

• does not resolve to IP / unreachable address

**adverge.info**

• does not resolve to IP / unreachable address

**aerobi.info**

• does not resolve to IP / unreachable address

**aescher.info**

• does not resolve to IP / unreachable address

**akhmin.info**

• does not resolve to IP / unreachable address

**alabary.info**

• does not resolve to IP / unreachable address

**alasia.info**

• does not resolve to IP / unreachable address

**albarge.info**

• does not resolve to IP / unreachable address

**alexans.info**

• does not resolve to IP / unreachable address

**alexity.info**

• does not resolve to IP / unreachable address

**algoria.info**

• does not resolve to IP / unreachable address

**allized.info**

• does not resolve to IP / unreachable address

**altoon.info**

• does not resolve to IP / unreachable address

**amendom.info**

• does not resolve to IP / unreachable address

**aminant.info**

• does not resolve to IP / unreachable address

**amous.info**

• does not resolve to IP / unreachable address

**angland.info**

• does not resolve to IP / unreachable address

**anglica.info**

• does not resolve to IP / unreachable address

**antinue.info**

• does not resolve to IP / unreachable address

**antonymfitness.info**

• does not resolve to IP / unreachable address

**aquet.info**

• does not resolve to IP / unreachable address

**arguinn.info**

• does not resolve to IP / unreachable address

**ariate.info**

• does not resolve to IP / unreachable address

**arikov.info**

• does not resolve to IP / unreachable address

**arisis.info**

• does not resolve to IP / unreachable address

**arkable.info**

• does not resolve to IP / unreachable address

**ather.info**

• does not resolve to IP / unreachable address

**auckle.info**

• does not resolve to IP / unreachable address

**authere.info**

• does not resolve to IP / unreachable address

**autoinsurer.work**

• does not resolve to IP / unreachable address

**autola.info**

• does not resolve to IP / unreachable address

**avanna.info**

• does not resolve to IP / unreachable address

**avigate.info**

• does not resolve to IP / unreachable address

**balaam.info**

• does not resolve to IP / unreachable address

**balah.info**

• does not resolve to IP / unreachable address

**barcade.info**

• connected to domain
• no website

**barrane.info**

• does not resolve to IP / unreachable address

**barrest.info**

• does not resolve to IP / unreachable address

**barrot.info**

• does not resolve to IP / unreachable address

**beerynuting.info**

• does not resolve to IP / unreachable address

**beforms.info**

• does not resolve to IP / unreachable address

**berkom.info**

• does not resolve to IP / unreachable address

**berrain.info**

• does not resolve to IP / unreachable address

**billethea-clean.info**

• does not resolve to IP / unreachable address

**biopia.info**

• does not resolve to IP / unreachable address

**bismail.info**

• connected to domain
• no website

**bostol.info**

• does not resolve to IP / unreachable address

**botagon.info**

• connected to domain
• no website

**bunday.info**

• does not resolve to IP / unreachable address

**bunkel.info**

• connected to domain
• no website

**burkish.info**

• does not resolve to IP / unreachable address

**cabine.info**

• does not resolve to IP / unreachable address

**callel.info**

• does not resolve to IP / unreachable address

**callen.info**

• does not resolve to IP / unreachable address

**camborg.info**

• does not resolve to IP / unreachable address

**canonym.info**

• does not resolve to IP / unreachable address

**carbor.info**

• does not resolve to IP / unreachable address

**carth.info**

• does not resolve to IP / unreachable address

**cension.info**

• does not resolve to IP / unreachable address

**centual.info**

• does not resolve to IP / unreachable address

**centum.info**

• does not resolve to IP / unreachable address

**ceratic.info**

• does not resolve to IP / unreachable address

**charace.info**

• does not resolve to IP / unreachable address

**charash.info**

• does not resolve to IP / unreachable address

**charitonpark.info**

• does not resolve to IP / unreachable address

**charted.info**

• does not resolve to IP / unreachable address

**chemics.info**

• does not resolve to IP / unreachable address

**choslo.info**

• does not resolve to IP / unreachable address

**citize.info**

• does not resolve to IP / unreachable address

**cleare.info**

• does not resolve to IP / unreachable address

**climann.info**

• does not resolve to IP / unreachable address

**clina.info**

• does not resolve to IP / unreachable address

**coas.info**

• does not resolve to IP / unreachable address

**columni.info**

• does not resolve to IP / unreachable address

**colvins.info**

• does not resolve to IP / unreachable address

**combard.info**

• does not resolve to IP / unreachable address

**comgo.info**

• does not resolve to IP / unreachable address

**comine.info**

• does not resolve to IP / unreachable address

**compler.info**

• does not resolve to IP / unreachable address

**concer.info**

• does not resolve to IP / unreachable address

**cosmond.info**

• does not resolve to IP / unreachable address

**crophor.info**

• does not resolve to IP / unreachable address

**defore.info**

• does not resolve to IP / unreachable address

**degre.info**

• does not resolve to IP / unreachable address

**devolt.info**

• does not resolve to IP / unreachable address

**dhart.info**

• does not resolve to IP / unreachable address

**digious.info**

• does not resolve to IP / unreachable address

**discoe.info**

• does not resolve to IP / unreachable address

**disman.info**

• does not resolve to IP / unreachable address

**dison.info**

• does not resolve to IP / unreachable address

**disseur.info**

• does not resolve to IP / unreachable address

**distral.info**

• connected to domain
• no website

**divisit.info**

• does not resolve to IP / unreachable address

**dominal.info**

• does not resolve to IP / unreachable address

**dopple.info**

• does not resolve to IP / unreachable address

**dubium.info**

• does not resolve to IP / unreachable address

**durate.info**

• does not resolve to IP / unreachable address

**dynamid.info**

• does not resolve to IP / unreachable address

**echoir.info**

• does not resolve to IP / unreachable address

**econne.info**

• does not resolve to IP / unreachable address

**effice.info**

• does not resolve to IP / unreachable address

**ehrenia.info**

• does not resolve to IP / unreachable address

**einst.info**

• does not resolve to IP / unreachable address

**elevan.info**

• does not resolve to IP / unreachable address

**elevans.info**

• connected to domain
• no website

**embols.info**

• does not resolve to IP / unreachable address

**enamo.info**

• does not resolve to IP / unreachable address

**enli.info**

• does not resolve to IP / unreachable address

**enor.info**

• does not resolve to IP / unreachable address

**entrast.info**

• does not resolve to IP / unreachable address

**envers.info**

• does not resolve to IP / unreachable address

**envisa.info**

• does not resolve to IP / unreachable address

**episo.info**

• does not resolve to IP / unreachable address

**equiry.info**

• does not resolve to IP / unreachable address

**equivokestudio.info**

• does not resolve to IP / unreachable address

**eurosta.info**

• does not resolve to IP / unreachable address

**evenue.info**

• does not resolve to IP / unreachable address

**exacer.info**

• does not resolve to IP / unreachable address

**exuvia.info**

• does not resolve to IP / unreachable address

**farado.info**

• does not resolve to IP / unreachable address

**farth.info**

• does not resolve to IP / unreachable address

**fatalon.info**

• does not resolve to IP / unreachable address

**fedora-music.info**

• does not resolve to IP / unreachable address

**fello.info**

• does not resolve to IP / unreachable address

**femalay.info**

• connected to domain
• no website

**fermen.info**

• does not resolve to IP / unreachable address

**festic.info**

• does not resolve to IP / unreachable address

**fibert.info**

• does not resolve to IP / unreachable address

**finant.info**

• does not resolve to IP / unreachable address

**fiugre.info**

• does not resolve to IP / unreachable address

**floath.info**

• does not resolve to IP / unreachable address

**forbine.info**

• does not resolve to IP / unreachable address

**formelo.info**

• does not resolve to IP / unreachable address

**freden.info**

• does not resolve to IP / unreachable address

**freearn.info**

• connected to domain
• landing page exists
• generic test page found / unconfigured site

**fumbia.info**

• does not resolve to IP / unreachable address

**fundate.info**

• does not resolve to IP / unreachable address

**galaxin.info**

• does not resolve to IP / unreachable address

**gallel.info**

• does not resolve to IP / unreachable address

**gamebezwada.info**

• does not resolve to IP / unreachable address

**gandar.info**

• does not resolve to IP / unreachable address

**genomen.info**

• connected to domain
• no website

**genous.info**

• does not resolve to IP / unreachable address

**geomets.info**

• does not resolve to IP / unreachable address

**goront.info**

• does not resolve to IP / unreachable address

**gravia.info**

• does not resolve to IP / unreachable address

**grazil.info**

• does not resolve to IP / unreachable address

**gregar.info**

• does not resolve to IP / unreachable address

**gunnel.info**

• does not resolve to IP / unreachable address

**hamor.info**

• does not resolve to IP / unreachable address

**harpov.info**

• does not resolve to IP / unreachable address

**hatloa.info**

• does not resolve to IP / unreachable address

**herrenvolker.info**

• does not resolve to IP / unreachable address

**hology.info**

• does not resolve to IP / unreachable address

**homecaresave.info**

• no website

**hyperie.info**

• does not resolve to IP / unreachable address

**illus.info**

• does not resolve to IP / unreachable address

**innah.info**

• does not resolve to IP / unreachable address

**ionos.info**

• does not resolve to IP / unreachable address

**jagua.info**

• does not resolve to IP / unreachable address

**januata.info**

• connected to domain
• no website

**jinnae.info**

• does not resolve to IP / unreachable address

**joshu.info**

• does not resolve to IP / unreachable address

**josia.info**

• does not resolve to IP / unreachable address

**journe.info**

• does not resolve to IP / unreachable address

**justiceisdone15.info**

• does not resolve to IP / unreachable address

**kaohs.info**

• does not resolve to IP / unreachable address

**kavers.info**

• does not resolve to IP / unreachable address

**keator.info**

• does not resolve to IP / unreachable address

**keither.info**

• does not resolve to IP / unreachable address

**kenna.info**

• does not resolve to IP / unreachable address

**kindric.info**

• does not resolve to IP / unreachable address

**knosso.info**

• does not resolve to IP / unreachable address

**koshire.info**

• connected to domain
• no website

**kubrian.info**

• does not resolve to IP / unreachable address

**ladio.info**

• does not resolve to IP / unreachable address

**land-get.info**

• does not resolve to IP / unreachable address

**languin.info**

• does not resolve to IP / unreachable address

**lastics.info**

• does not resolve to IP / unreachable address

**lateau.info**

• does not resolve to IP / unreachable address

**launche.info**

• does not resolve to IP / unreachable address

**leavila.info**

• does not resolve to IP / unreachable address

**ledral.info**

• does not resolve to IP / unreachable address

**lennom.info**

• connected to domain
• no website

**lexit.info**

• does not resolve to IP / unreachable address

**libet.info**

• does not resolve to IP / unreachable address

**liby.info**

• does not resolve to IP / unreachable address

**limitic.info**

• connected to domain
• no website

**liquite.info**

• does not resolve to IP / unreachable address

**lithout.info**

• does not resolve to IP / unreachable address

**lorral.info**

• does not resolve to IP / unreachable address

**losion.info**

• does not resolve to IP / unreachable address

**lottish.info**

• does not resolve to IP / unreachable address

**lucae.info**

• does not resolve to IP / unreachable address

**madrast.info**

• does not resolve to IP / unreachable address

**mament.info**

• does not resolve to IP / unreachable address

**mammad.info**

• does not resolve to IP / unreachable address

**marity.info**

• does not resolve to IP / unreachable address

**markka.info**

• does not resolve to IP / unreachable address

**marving.info**

• does not resolve to IP / unreachable address

**matel.info**

• does not resolve to IP / unreachable address

**mausole.info**

• does not resolve to IP / unreachable address

**mefish.info**

• does not resolve to IP / unreachable address

**meladus.info**

• does not resolve to IP / unreachable address

**merical.info**

• does not resolve to IP / unreachable address

**metaph.info**

• does not resolve to IP / unreachable address

**midware.info**

• does not resolve to IP / unreachable address

**mikha.info**

• does not resolve to IP / unreachable address

**milgrim.info**

• does not resolve to IP / unreachable address

**minonda.info**

• does not resolve to IP / unreachable address

**missol.info**

• does not resolve to IP / unreachable address

**modite.info**

• does not resolve to IP / unreachable address

**molted.info**

• does not resolve to IP / unreachable address

**monets.info**

• does not resolve to IP / unreachable address

**morabic.info**

• does not resolve to IP / unreachable address

**mosaur.info**

• does not resolve to IP / unreachable address

**mottawa.info**

• does not resolve to IP / unreachable address

**mountal.info**

• does not resolve to IP / unreachable address

**multime.info**

• does not resolve to IP / unreachable address

**myelena.info**

• does not resolve to IP / unreachable address

**naurus.info**

• does not resolve to IP / unreachable address

**nealote.info**

• does not resolve to IP / unreachable address

**neomune.info**

• does not resolve to IP / unreachable address

**nevere.info**

• does not resolve to IP / unreachable address

**newal.info**

• does not resolve to IP / unreachable address

**nicode.info**

• does not resolve to IP / unreachable address

**nightflower.info**

• does not resolve to IP / unreachable address

**nitri.info**

• connected to domain
• no website

**nonet.info**

• does not resolve to IP / unreachable address

**octors.info**

• does not resolve to IP / unreachable address

**oligan.info**

• does not resolve to IP / unreachable address

**openingmarriage.info**

• does not resolve to IP / unreachable address

**opinate.info**

• does not resolve to IP / unreachable address

**origid.info**

• does not resolve to IP / unreachable address

**ourbigdealz.com**

• does not resolve to IP / unreachable address

**outlanders.info**

• does not resolve to IP / unreachable address

**outra.info**

• does not resolve to IP / unreachable address

**outsk.info**

• does not resolve to IP / unreachable address

**overloo.info**

• connected to domain
• no website

**overplying.info**

• does not resolve to IP / unreachable address

**paidswe.info**

• connection refused / timeout

**parall.info**

• does not resolve to IP / unreachable address

**parame.info**

• does not resolve to IP / unreachable address

**parmor.info**

• does not resolve to IP / unreachable address

**pasca.info**

• does not resolve to IP / unreachable address

**pecklin.info**

• does not resolve to IP / unreachable address

**pelagi.info**

• does not resolve to IP / unreachable address

**penrode.info**

• does not resolve to IP / unreachable address

**perie.info**

• does not resolve to IP / unreachable address

**permore.info**

• does not resolve to IP / unreachable address

**peror.info**

• does not resolve to IP / unreachable address

**persial.info**

• does not resolve to IP / unreachable address

**peteris.info**

• does not resolve to IP / unreachable address

**petres.info**

• does not resolve to IP / unreachable address

**pharmel.info**

• does not resolve to IP / unreachable address

**phen.info**

• does not resolve to IP / unreachable address

**plance.info**

• does not resolve to IP / unreachable address

**plannex.info**

• does not resolve to IP / unreachable address

**playton.info**

• does not resolve to IP / unreachable address

**plekha.info**

• connected to domain
• no website

**plymous.info**

• does not resolve to IP / unreachable address

**polent.info**

• does not resolve to IP / unreachable address

**portan.info**

• connected to domain
• no website

**posits.info**

• does not resolve to IP / unreachable address

**potawa.info**

• does not resolve to IP / unreachable address

**preconductor9.info**

• does not resolve to IP / unreachable address

**presco.info**

• does not resolve to IP / unreachable address

**presert.info**

• does not resolve to IP / unreachable address

**presilo.info**

• does not resolve to IP / unreachable address

**priety.info**

• does not resolve to IP / unreachable address

**promose.info**

• does not resolve to IP / unreachable address

**protestant05.info**

• does not resolve to IP / unreachable address

**protomy.info**

• does not resolve to IP / unreachable address

**protor.info**

• does not resolve to IP / unreachable address

**pynchon.info**

• does not resolve to IP / unreachable address

**pyright.info**

• does not resolve to IP / unreachable address

**qaboo.info**

• does not resolve to IP / unreachable address

**quentis.info**

• does not resolve to IP / unreachable address

**qurei.info**

• does not resolve to IP / unreachable address

**racin.info**

• does not resolve to IP / unreachable address

**reagh.info**

• does not resolve to IP / unreachable address

**religa.info**

• does not resolve to IP / unreachable address

**requel.info**

• does not resolve to IP / unreachable address

**restry.info**

• does not resolve to IP / unreachable address

**retary.info**

• connected to domain
• no website

**rhodox.info**

• does not resolve to IP / unreachable address

**riple.info**

• does not resolve to IP / unreachable address

**rituate.info**

• does not resolve to IP / unreachable address

**roache.info**

• does not resolve to IP / unreachable address

**rocheng.info**

• connected to domain
• no website

**rovsk.info**

• connected to domain
• no website

**runnect.info**

• does not resolve to IP / unreachable address

**russini.info**

• does not resolve to IP / unreachable address

**saccharinelyshop.info**

• does not resolve to IP / unreachable address

**sacrims.info**

• does not resolve to IP / unreachable address

**sahasra.info**

• does not resolve to IP / unreachable address

**salady.info**

• does not resolve to IP / unreachable address

**sampras.info**

• does not resolve to IP / unreachable address

**sandard.info**

• does not resolve to IP / unreachable address

**saunday.info**

• connected to domain
• no website

**scence.info**

• does not resolve to IP / unreachable address

**scenius.info**

• does not resolve to IP / unreachable address

**sciplin.info**

• connected to domain
• no website

**scort.info**

• does not resolve to IP / unreachable address

**scother.info**

• does not resolve to IP / unreachable address

**sculin.info**

• does not resolve to IP / unreachable address

**sculpa.info**

• does not resolve to IP / unreachable address

**secreen.info**

• does not resolve to IP / unreachable address

**secule.info**

• does not resolve to IP / unreachable address

**seizi.info**

• does not resolve to IP / unreachable address

**senen.info**

• does not resolve to IP / unreachable address

**sents.info**

• connected to domain
• no website

**serient.info**

• does not resolve to IP / unreachable address

**serot.info**

• does not resolve to IP / unreachable address

**serva.info**

• does not resolve to IP / unreachable address

**sevelt.info**

• does not resolve to IP / unreachable address

**shaoyutreat.info**

• does not resolve to IP / unreachable address

**shocke.info**

• does not resolve to IP / unreachable address

**siegin.info**

• does not resolve to IP / unreachable address

**simpla.info**

• does not resolve to IP / unreachable address

**sleepggud.info**

• does not resolve to IP / unreachable address

**someter.info**

• does not resolve to IP / unreachable address

**spects.info**

• does not resolve to IP / unreachable address

**spellan.info**

• does not resolve to IP / unreachable address

**spelton.info**

• does not resolve to IP / unreachable address

**starallendale.info**

• does not resolve to IP / unreachable address

**stauria.info**

• does not resolve to IP / unreachable address

**stewar.info**

• does not resolve to IP / unreachable address

**stonic.info**

• does not resolve to IP / unreachable address

**storepro.info**

• does not resolve to IP / unreachable address

**straut.info**

• does not resolve to IP / unreachable address

**subati.info**

• does not resolve to IP / unreachable address

**suffon.info**

• does not resolve to IP / unreachable address

**sunflow.info**

• does not resolve to IP / unreachable address

**sunnis.info**

• does not resolve to IP / unreachable address

**superce.info**

• does not resolve to IP / unreachable address

**surnal.info**

• does not resolve to IP / unreachable address

**surrous.info**

• does not resolve to IP / unreachable address

**suzerai.info**

• does not resolve to IP / unreachable address

**sympath.info**

• does not resolve to IP / unreachable address

**syndro.info**

• does not resolve to IP / unreachable address

**tablish.info**

• connected to domain
• no website

**taises.info**

• does not resolve to IP / unreachable address

**talmen.info**

• does not resolve to IP / unreachable address

**taria.info**

• does not resolve to IP / unreachable address

**taunch.info**

• does not resolve to IP / unreachable address

**telegy.info**

• does not resolve to IP / unreachable address

**telepid.info**

• does not resolve to IP / unreachable address

**televi.info**

• does not resolve to IP / unreachable address

**temploy.info**

• does not resolve to IP / unreachable address

**tennium.info**

• does not resolve to IP / unreachable address

**tential.info**

• does not resolve to IP / unreachable address

**tepher.info**

• does not resolve to IP / unreachable address

**terriga.info**

• does not resolve to IP / unreachable address

**tetown.info**

• does not resolve to IP / unreachable address

**tetrack.info**

• does not resolve to IP / unreachable address

**tetrate.info**

• does not resolve to IP / unreachable address

**theral.info**

• does not resolve to IP / unreachable address

**thiopheneshow.info**

• does not resolve to IP / unreachable address

**timore.info**

• does not resolve to IP / unreachable address

**tradam.info**

• does not resolve to IP / unreachable address

**tragg.info**

• does not resolve to IP / unreachable address

**trand.info**

• does not resolve to IP / unreachable address

**trange.info**

• does not resolve to IP / unreachable address

**trapova.info**

• does not resolve to IP / unreachable address

**trigen.info**

• does not resolve to IP / unreachable address

**tuskles.info**

• does not resolve to IP / unreachable address

**unior.info**

• does not resolve to IP / unreachable address

**vallel.info**

• does not resolve to IP / unreachable address

**venic.info**

• does not resolve to IP / unreachable address

**vercant.info**

• does not resolve to IP / unreachable address

**vernoon.info**

• does not resolve to IP / unreachable address

**verther.info**

• does not resolve to IP / unreachable address

**vesses.info**

• does not resolve to IP / unreachable address

**vibral.info**

• does not resolve to IP / unreachable address

**vitov.info**

• does not resolve to IP / unreachable address

**wakgud.info**

• does not resolve to IP / unreachable address

**walkeep.info**

• does not resolve to IP / unreachable address

**warmine.info**

• does not resolve to IP / unreachable address

**warrest.info**

• does not resolve to IP / unreachable address

**washira.info**

• does not resolve to IP / unreachable address

**watant.info**

• does not resolve to IP / unreachable address

**welsleep.info**

• does not resolve to IP / unreachable address

**wesberg.info**

• does not resolve to IP / unreachable address

**windo.info**

• does not resolve to IP / unreachable address

**windors.info**

• does not resolve to IP / unreachable address

**winzander.info**

• does not resolve to IP / unreachable address

**wirin.info**

• does not resolve to IP / unreachable address

**witway.info**

• does not resolve to IP / unreachable address

**bestofscore.co.uk**

• does not resolve to IP / unreachable address

**drinkinds.com**

• does not resolve to IP / unreachable address

**embering.com**

• does not resolve to IP / unreachable address

**gruffled.com**

• does not resolve to IP / unreachable address

**hopsworld.com**

• does not resolve to IP / unreachable address

**lastler.com**

• does not resolve to IP / unreachable address

**provenews.com**

• does not resolve to IP / unreachable address

**solitique.it**

• does not resolve to IP / unreachable address

**weharp.co.uk**

• does not resolve to IP / unreachable address

**actuateit.com**

• does not resolve to IP / unreachable address

**adagearticles.com**

• does not resolve to IP / unreachable address

**agentnext.com**

• does not resolve to IP / unreachable address

**asd4sweets.com**

• does not resolve to IP / unreachable address

**astrocounsellingservices.com**

• does not resolve to IP / unreachable address

**bestemployersjobs.com**

• does not resolve to IP / unreachable address

**bigapplepads.com**

• does not resolve to IP / unreachable address

**boostbuzzers.com**

• does not resolve to IP / unreachable address

**boostingbuzzer.com**

• does not resolve to IP / unreachable address

**bravuracompany.com**

• does not resolve to IP / unreachable address

**businessco2.com**

• does not resolve to IP / unreachable address

**buzzopenly.com**

• does not resolve to IP / unreachable address

**carbuyi.com**

• does not resolve to IP / unreachable address

**chordexplore.com**

• does not resolve to IP / unreachable address

**climateindicators.com**

• does not resolve to IP / unreachable address

**coalbuzz.com**

• does not resolve to IP / unreachable address

**dailycanadian.com**

• does not resolve to IP / unreachable address

**databasedomains.com**

• does not resolve to IP / unreachable address

**daugjud.com**

• does not resolve to IP / unreachable address

**digmydoggie.com**

• does not resolve to IP / unreachable address

**domaining4income.com**

• does not resolve to IP / unreachable address

**ebookauctions.com**

• does not resolve to IP / unreachable address

**eglassesstore.com**

• does not resolve to IP / unreachable address

**elektriklibarbeku.com**

• does not resolve to IP / unreachable address

**exchangermonster.com**

• does not resolve to IP / unreachable address

**experizn.com**

• does not resolve to IP / unreachable address

**francistownnissan.com**

• does not resolve to IP / unreachable address

**fxdrift.com**

• does not resolve to IP / unreachable address

**glocams.com**

• does not resolve to IP / unreachable address

**gzboys.com**

• does not resolve to IP / unreachable address

**handcases.com**

• does not resolve to IP / unreachable address

**honglinhlawfirm.com**

• does not resolve to IP / unreachable address

**ibusinessconnections.com**

• does not resolve to IP / unreachable address

**icsementors.com**

• does not resolve to IP / unreachable address

**imarketingperth.com**

• does not resolve to IP / unreachable address

**inaixi.com**

• connected to domain
• landing page exists

**ipad-touch.com**

• does not resolve to IP / unreachable address

**ironbuzz.com**

• does not resolve to IP / unreachable address

**kakomon.com**

• does not resolve to IP / unreachable address

**kayriotthotels.com**

• does not resolve to IP / unreachable address

**lakelotawanahomes.com**

• does not resolve to IP / unreachable address

**lakhok.com**

• does not resolve to IP / unreachable address

**m33e.com**

• does not resolve to IP / unreachable address

**maviayballoon.com**

• does not resolve to IP / unreachable address

**microrockclub.com**

• does not resolve to IP / unreachable address

**minidianshi.com**

• does not resolve to IP / unreachable address

**modularesjosmar.com**

• does not resolve to IP / unreachable address

**multicityvacation.com**

• does not resolve to IP / unreachable address

**musicleft.com**

• does not resolve to IP / unreachable address

**my24sata.com**

• does not resolve to IP / unreachable address

**nikkosaigon.com**

• does not resolve to IP / unreachable address

**nriquota.com**

• does not resolve to IP / unreachable address

**num1man.com**

• does not resolve to IP / unreachable address

**odunayooke.com**

• does not resolve to IP / unreachable address

**offertemaremma.com**

• does not resolve to IP / unreachable address

**otrabalhotemporario.com**

• does not resolve to IP / unreachable address

**ourtisan.com**

• does not resolve to IP / unreachable address

**pasarspy.com**

• does not resolve to IP / unreachable address

**pesobuzz.com**

• does not resolve to IP / unreachable address

**picturepetals.com**

• does not resolve to IP / unreachable address

**pixiedustseo.com**

• does not resolve to IP / unreachable address

**premiumvirtuemart.com**

• does not resolve to IP / unreachable address

**proskinacc.com**

• does not resolve to IP / unreachable address

**protectmyapp.com**

• does not resolve to IP / unreachable address

**qcomplex.com**

• does not resolve to IP / unreachable address

**raspberrycase.com**

• does not resolve to IP / unreachable address

**real-investment-funds.com**

• does not resolve to IP / unreachable address

**rockitnatural.com**

• does not resolve to IP / unreachable address

**rubber-gallery.com**

• does not resolve to IP / unreachable address

**salingberbagi.com**

• does not resolve to IP / unreachable address

**sandwichink4grandparents.com**

• does not resolve to IP / unreachable address

**seednames.com**

• does not resolve to IP / unreachable address

**seyogyanya.com**

• does not resolve to IP / unreachable address

**shape-place.com**

• does not resolve to IP / unreachable address

**shapecareer.com**

• does not resolve to IP / unreachable address

**sheidahomes.com**

• does not resolve to IP / unreachable address

**skypesmiley.com**

• does not resolve to IP / unreachable address

**sparks-toolkit.com**

• does not resolve to IP / unreachable address

**steamcleanerreviewss.com**

• does not resolve to IP / unreachable address

**studioseller.com**

• does not resolve to IP / unreachable address

**syntaxtag.com**

• does not resolve to IP / unreachable address

**syntaxtags.com**

• does not resolve to IP / unreachable address

**tavoke.com**

• does not resolve to IP / unreachable address

**thainotebookprice.com**

• does not resolve to IP / unreachable address

**theappareldepot.com**

• does not resolve to IP / unreachable address

**thedailytechnews.com**

• does not resolve to IP / unreachable address

**thejobsinny.com**

• does not resolve to IP / unreachable address

**thepakbook.com**

• does not resolve to IP / unreachable address

**thescriptpoint.com**

• does not resolve to IP / unreachable address

**thinkingroup.com**

• does not resolve to IP / unreachable address

**thrivediscount.com**

• does not resolve to IP / unreachable address

**throwingfitts.com**

• does not resolve to IP / unreachable address

**tomunnar.com**

• does not resolve to IP / unreachable address

**triumphantclothing.com**

• does not resolve to IP / unreachable address

**uletide.com**

• does not resolve to IP / unreachable address

**vipescortparis.com**

• does not resolve to IP / unreachable address

**wavebuzzer.com**

• does not resolve to IP / unreachable address

**wwwsoccerbase.com**

• does not resolve to IP / unreachable address

**zamat-co.com**

• does not resolve to IP / unreachable address

**axison.us**

• does not resolve to IP / unreachable address

**dresse.us**

• does not resolve to IP / unreachable address

**flauji.us**

• does not resolve to IP / unreachable address

**appleslicing.org**

• does not resolve to IP / unreachable address

**australiainducty.org**

• does not resolve to IP / unreachable address

**chargerpower3.biz**

• does not resolve to IP / unreachable address

**contis.science**

• does not resolve to IP / unreachable address

**nadoemennia.org**

• does not resolve to IP / unreachable address

**overanxiety.eu**

• does not resolve to IP / unreachable address

**performancetreat.biz**

• does not resolve to IP / unreachable address

**ptmayvaryo.biz**

• does not resolve to IP / unreachable address

**sackb.eu**

• does not resolve to IP / unreachable address

**singaporeelna.biz**

• does not resolve to IP / unreachable address

**smartbikinglock.org**

• does not resolve to IP / unreachable address

**surveypaidhome.org**

• connection refused / timeout

**womplae.org**

• does not resolve to IP / unreachable address

**bestthingsonnet.com**

• does not resolve to IP / unreachable address

**leftclub.com**

• does not resolve to IP / unreachable address

**numbclub.com**

• does not resolve to IP / unreachable address

**oddfinder.com**

• 404 page not found
• no landing page

**plumfinder.com**

• 404 page not found
• no landing page

**registeredsavingsite.com**

• does not resolve to IP / unreachable address

**saneclub.com**

• does not resolve to IP / unreachable address

**zanyclub.com**

• does not resolve to IP / unreachable address

**dollgen.info**

• does not resolve to IP / unreachable address

**geintel.info**

• does not resolve to IP / unreachable address

**glinhook.biz**

• does not resolve to IP / unreachable address

**jamiek.biz**

• connection refused / timeout

**krengill.info**

• does not resolve to IP / unreachable address

**perrycom.biz**

• does not resolve to IP / unreachable address