UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>    Plaintiff,<br><br>vs.<br><br>CLICKBOOTH.COM, LLC; DOES 1-40,<br><br>    Defendants. | **ORDER ON STIPULATED MOTION TO STAY THE CASE AND SUSPEND AND EXTEND ALL DEADLINES**<br><br>Case No.:  2:15cv00420<br><br>Judge Dee Benson<br>Magistrate Judge Evelyn J. Furse |

   This matter is before the Court on the parties' Joint Stipulated Motion for to Stay the Case and to Suspend and Extend all Deadlines (the "Stipulated Motion").  Having reviewed the Stipulated Motion, and based upon the stipulation of the parties, the Court GRANTS the Stipulated Motion.

   It is HEREBY ORDERED that this case is stayed for seventy (70) days and all pending deadlines shall be extended by seventy (70) days.

   Dated this 3rd day of November, 2015.

                                                             BY THE COURT:

                                                             _____
                                                             Dee Benson
                                                             United States District Court Judge

SLC_2563366