**Evan A. Schmutz (3860)**
  *eschmutz@djplaw.com*
**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>Plaintiff,<br><br>vs.<br><br>CLICKBOOTH.COM, LLC; DOES 1-40,<br><br>Defendants. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.:  2:15cv00420<br><br>Judge Dee Benson<br>Magistrate Judge Evelyn J. Furse |

      COMES NOW, XMission, through its counsel, Evan A. Schmutz and Jordan K. Cameron of Durham, Jones & Pinegar, and Clickbooth.com, LLC, through its counsel, Richard B. Newman, of Hinch Newman LLP, and jointly submit this Stipulated Motion for Dismissal with Prejudice.

      The parties entered into a Confidential Settlement Agreement and all parties have fully performed thereunder.  Wherefore, the dismissal of this case with prejudice is appropriate and the Parties jointly stipulate, and do jointly move this Court, to dismiss this action and all claims asserted herein with prejudice with each party bearing their own attorney's fees and costs.

DATED this 11th day of February 2016.

**DURHAM JONES & PINEGAR, P.C.**

/s/ Jordan K. Cameron
Evan A. Schmutz
Jordan K. Cameron
*Attorneys for Plaintiff*

So Stipulated:

HINCH NEWMAN, LLP

/s/ Richard B. Newman
Richard Newman
*Attorneys for Defendant*